STATE v. VAUGHN

No. 332PA98

Case below: 130 N.C.App. 456

Petition by Attorney General for writ of supersedeas allowed 5 November 1998. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 5 November 1998.

STATE v. VICK

No. 349P98

Case below: 130 N.C.App. 207

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 December 1998. Motion by Attorney General to dismiss appeal allowed 3 December 1998.

STATE v. WARD

No. 291P98

Case below: 130 N.C.App. 153

Petition by Attorney General for writ of supersedeas denied and temporary stay dissolved 8 October 1998. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 8 October 1998.

STATE ex rel. COMM'R OF INS. v. N.C. RATE BUREAU

No. 307A98

Case below: 129 N.C.App. 662

Petition by petitioner (NC Rate Bureau) for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 5 November 1998.